DANIEL T. CLIFFORD, ESQ. – SBN 227632
DENNIS P. GALLAGHER, II, ESQ – SBN 301453
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Tel: (661) 322-6023   Fax: (661) 322-3508

Attorneys for Defendant,
KERN HIGH SCHOOL DISTRICT

**[Filing fee exempt** *Gov. Code § 6103*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

* * *

LM, a minor, by and through his Guardian ad Litem, GRISELDA MARTIN,

        Plaintiff,

vs.

KERN HIGH SCHOOL DISTRICT, and DOES 1 to 100, Inclusive,

        Defendants.

**CASE NO. 1:17-CV-01123-DAD-JLT**

**STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON**
**(Doc. 20)**

The parties in the above-captioned matter, Plaintiff, LM, by and through his Guardian as Litem, GRISELDA MARTIN ("Plaintiff"), by and through his attorneys of record, J. Miguel Flores of Rodriguez & Associates, and Defendant KERN HIGH SCHOOL DISTRICT ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), by and through its attorneys of record, Daniel T. Clifford and Dennis P. Gallagher, II, of Clifford & Brown, P.C., hereby enter into this Stipulation to Extend Discovery Deadlines, as follows:

## RECITALS

WHEREAS the Parties have actively engaged in the discovery process to date, including the exchange of written discovery requests and responses, setting of approximately eight depositions to date, and a request by Defendant to inspect the home of Plaintiff;

WHEREAS the Parties anticipate the need for a significant amount of additional non-expert

and expert discovery;

WHEREAS the Parties desire to extend the non-expert and expert discovery deadlines of July 27, 2018 and September 21, 2018, respectively, for approximately two months to allow for such further discovery as the Parties deem appropriate.

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the Parties that the non-expert discovery deadline of July 27, 2018, be and hereby is continued to September 21, 2018.

**IT IS FURTHER STIPULATED** by and between the Parties that the expert discovery deadline of September 21, 2018, be and hereby is continued to October 9, 2018.

**IT IS FURTHER STIPULATED** that all other dates and deadlines set by the Court in its Scheduling Order dated November 20, 2017, remain on calendar or may be adjusted by the Court in its discretion.

**IT IS FURTHER STIPULATED** that this stipulation may be signed in counterparts.

DATED: June 26, 2018                    CLIFFORD & BROWN

                                                      Dennis P. Gallagher, Esq. - /s/

By _____
    DANIEL T. CLIFFORD, ESQ.
    DENNIS P. GALLAGHER, II, ESQ.
    Attorneys for Defendant,
    KERN HIGH SCHOOL DISTRICT

DATED: June \_\_\_, 2018                    RODRIGUEZ & ASSOCIATES

By _____
    DANIEL RODRIGUEZ, ESQ.
    J. MIGUEL FLORES, ESQ.
    Attorneys for Plaintiff,
    L.M., by and through his Guardian ad Litem,
    Griselda Martin

2
Stipulation to Extend Discovery Deadlines

**ORDER**

Based upon the foregoing, the Court **ORDERS[1]:**

1. The non-expert discovery deadline of July 27, 2018, be and is continued to September 21, 2018;

2. The expert discovery deadline of September 21, 2018, be and hereby is continued to October 9, 2018.

**No other modifications to the case schedule are authorized and the Court anticipates granting no further amendments to the case schedule.**

IT IS SO ORDERED.

Dated: __July 2, 2018__  _____/s/ Jennifer L. Thurston_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In future, any stipulation to amend the case schedule SHALL describe the discovery that has not been completed and an explanation why it has not been completed.