DANIEL T. CLIFFORD, ESQ. – SBN 227632
DENNIS P. GALLAGHER, II, ESQ – SBN 301453
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Tel: (661) 322-6023   Fax: (661) 322-3508

**[Filing fee exempt** *Gov. Code § 6103***]**

Attorneys for Defendant,
KERN HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

\* \* \*

LM, a minor, by and through his Guardian ad Litem, GRISELDA MARTIN,

    Plaintiff,

vs.

KERN HIGH SCHOOL DISTRICT, and DOES 1 to 100, Inclusive,

    Defendants.

**CASE NO. 1:17-CV-01123-DAD-JLT**

**STIPULATION AND ORDER RE INSPECTION OF PLAINTIFF'S HOME AND CLASSROOM**
**(Doc. 26)**

The parties in the above-captioned matter, Plaintiff, LM, by and through his Guardian as Litem, GRISELDA MARTIN ("Plaintiff"), by and through his attorneys of record, J. Miguel Flores of Rodriguez & Associates, and Defendant KERN HIGH SCHOOL DISTRICT ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), by and through its attorneys of record, Daniel T. Clifford and Dennis P. Gallagher, II, of Clifford & Brown, P.C., hereby enter into this Stipulation to Re Inspection of Plaintiff's Home and Classroom, as follows:

## **RECITALS**

WHEREAS, on or about June 22, 2018, Defendant served Plaintiff with a Demand for Permission to Enter on Property for Inspection and for Testing and/or Sampling (the "Home Inspection"), whereby Defendant seeks to inspect the home of Plaintiff in support of its defense against

Plaintiff's claims in the above-captioned action;

WHEREAS, Plaintiff has objected to the Home Inspection and requested inspection of his home by Defendant and has refused to allow any inspection to occur;

WHEREAS, prior to August 16, 2018, the Parties met and conferred, but reached an impasse;

WHEREAS, on August 16, 2018, the Parties engaged in a teleconference with Federal Magistrate Thurston regarding the Demand and Plaintiff's objections thereto;

WHEREAS, on August 16, 2018, the Court issued a minute order holding that counsel for the Parties preliminarily agreed that Defendant may inspect Plaintiff's home and ordering counsel to further meet and confer regarding the terms of the same;

WHEREAS, Plaintiff has also stated a desire to inspect his classroom as of the date of the Incident underlying his First Amended Complaint (the "Classroom Inspection");

WHEREAS, the Parties have agreed to terms regarding the Home Inspection and Classroom Inspection, as set forth in the following Stipulation.

## STIPULATION

**IT IS HEREBY STIPULATED** that Defendant shall be permitted to inspect the home of Plaintiff, located at 6119 Cartagena, Bakersfield, CA, 93313, on September 18, 2018, beginning at 1:00 p.m.;

**IT IS FURTHER STIPULATED** that the inspection of Plaintiff's home shall be limited to three hours from the time of commencement;

**IT IS FURTHER STIPULATED** that the inspection of Plaintiff's home shall be limited to the first floor of the home, including but not limited to Plaintiff's bedroom, bathrooms, common areas, kitchen and hallways, as well as the home's curtilage, including but not limited to the front yard, backyard, side yard(s), patio, porch and walkways;

**IT IS FURTHER STIPULATED** that attendees of the home inspection shall be limited to Plaintiff, members of his family that reside in the home, Plaintiff's counsel, Defendant's counsel, Plaintiff's expert(s), Defendant's expert(s) and people necessary to document Plaintiff's home, including but not limited photographers and videographers, during the inspection;

**IT IS FURTHER STIPULATED** that, pursuant to the Demand, Defendant's shall be

permitted to inspect, measure, survey, photograph and/or videotape the inspection as Defendant deems appropriate, within the confines set forth in this Stipulation;

**IT IS FURTHER STIPULATED** that Plaintiff shall be permitted to inspect the classroom of Plaintiff as of the date of the Incident, further identified as the moderate/severe special education classroom at Mira Monte High School, located at 8520 S Fairfax Rd, Bakersfield, CA, 93307, on September 18, 2018, beginning after the inspection of Plaintiff's home and no earlier than 4:00 p.m. for purposes of student privacy;

**IT IS FURTHER STIPULATED** that the inspection of Plaintiff's classroom shall be limited to three hours from the time of commencement;

**IT IS FURTHER STIPULATED** that the inspection of Plaintiff's classroom shall be limited to the inside of the classroom and immediate surrounding walkways;

**IT IS FURTHER STIPULATED** that no students, whether personally or by some form of identification, will be photographed, videotaped, or documented in any way for privacy reasons. Should, following the inspection, any students be found to be depicted or identifiable in any manner, such identification will immediately be redacted from the original document and any copies;

**IT IS FURTHER STIPULATED** that attendees of the classroom inspection shall be limited Plaintiff's counsel, Defendant's counsel, Plaintiff's expert(s), Defendant's expert(s), KHSD/Mira Monte High School administration and staff as deemed appropriate by Defendant's counsel, and people necessary to document the classroom, including but not limited photographers and videographers, during the inspection;

**IT IS FURTHER STIPULATED** that this stipulation may be signed in counterparts.

DATED: August 30, 2018                               CLIFFORD & BROWN

                                                     By _/s/ Dennis P. Gallagher, II
                                                           DANIEL T. CLIFFORD, ESQ.
                                                           DENNIS P. GALLAGHER, II, ESQ.
                                                           Attorneys for Defendant,
                                                           KERN HIGH SCHOOL DISTRICT

DATED: August 30, 2018                    RODRIGUEZ & ASSOCIATES


                                          By <u>/s/ J. Miguel Flores</u>
                                              DANIEL RODRIGUEZ, ESQ.
                                              J. MIGUEL FLORES, ESQ.
                                              Attorneys for Plaintiff,
                                              L.M., by and through his Guardian ad Litem,
                                              Griselda Martin

# **O R D E R**

In light of the foregoing Stipulation to Permit Inspection of Plaintiff's Home, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall be permitted to inspect the home of Plaintiff, located at 6119 Cartagena, Bakersfield, CA, 93313, on September 18, 2018, beginning at 1:00 p.m.;

**IT IS FURTHER ORDERED** that the inspection of Plaintiff's home shall be limited to three hours from the time of commencement;

**IT IS FURTHER ORDERED** that the inspection of Defendant shall be limited to the first floor of Plaintiff's home, including but not limited to Plaintiff's bedroom, bathrooms, common areas, kitchen and hallways, as well as the home's curtilage, including but not limited to the front yard, backyard, side yard(s), patio, porch and walkways;

**IT IS FURTHER ORDERED** that attendees of the home inspection shall be limited to Plaintiff, members of his family that reside in the home, Plaintiff's counsel, Defendant's counsel, Plaintiff's expert(s), Defendant's expert(s) and people necessary to document Plaintiff's home, including but not limited photographers and videographers, during the inspection;

**IT IS FURTHER ORDERED** that, pursuant to the Demand, Defendant's shall be permitted to inspect, measure, survey, photograph and/or videotape the inspection as Defendant deems appropriate, within the confines set forth in this Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall be permitted to inspect the classroom of Plaintiff as of the date of the Incident, further identified as the moderate/severe special education classroom at Mira Monte High School, located at 8520 S Fairfax Rd, Bakersfield, CA, 93307, on September 18, 2018, beginning after the inspection of Plaintiff's home and no earlier than 4:00 p.m. for purposes of student privacy;

**IT IS FURTHER ORDERED** that the inspection of Plaintiff's classroom shall be limited to three hours from the time of commencement;

**IT IS FURTHER ORDERED** that the inspection of Plaintiff's classroom shall be limited to the inside of the classroom and immediate surrounding walkways;

**IT IS FURTHER ORDERED** that no students, whether personally or by some form of

5
Stipulation to Permit Inspection of Plaintiff's Home and Classroom

identification, will be photographed, videotaped, or documented in any way for privacy reasons. Should, following the inspection, any students be found to be depicted or identifiable in any manner, such identification will immediately be redacted from the original document and any copies;

**IT IS FURTHER ORDERED** that attendees of the classroom inspection shall be limited Plaintiff's counsel, Defendant's counsel, Plaintiff's expert(s), Defendant's expert(s), KHSD/Mira Monte High School administration and staff as deemed appropriate by Defendant's counsel, and people necessary to document the classroom, including but not limited photographers and videographers, during the inspection.

IT IS SO ORDERED.

Dated: **August 31, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE