# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M., by and through his guardian ad litem GRISELDA MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 1:17-cv-1123-DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 32) |

On November 20, 2018, Plaintiff informed the Court that the parties agreed to settle the action, and are preparing the settlement agreement which will be filed for approval by the Court. (Doc. 32 at 2) Accordingly, the Court **ORDERS**:

1. Plaintiff's motion for approval of the minor's compromise **SHALL** be filed no later than **December 28, 2018** and set for hearing before the Honorable Dale A. Drozd;
2. The motion for summary judgment (Doc. 31) is T**ERMINATED**; and
3. All other pending deadlines, conferences, hearings, and trial dates are **VACATED**.

**Plaintiff is advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **November 21, 2018**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE