UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M., a minor, by and through his guardian ad litem, GRISELDA MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT and DOES 1–100,<br><br>Defendants. | No. 1:17-cv-01123-DAD-JLT<br><br>ORDER<br><br>(Doc. No. 38) |

On February 26, 2019, the undersigned issued a minute order directing plaintiff's counsel to file the settlement agreement underlying plaintiff's petition for approval of a minor's compromise. (Doc. No. 37.) On February 28, 2019, plaintiff's counsel filed a declaration and attached thereto the parties' settlement agreement. (Doc. No. 38.) Upon review of that filing, the court notes that the attached settlement agreement on page four contains the full name of the minor plaintiff in this action, L.M. (*See* Doc. No. 38 at 4.) Federal Rule of Civil Procedure Rule 5.2(a)(3) and Local Rule 140(a)(i) require that a minor's initials be used in court filings rather than the minor's full name.

Accordingly,

1. The Clerk of the Court is directed to strike defendant's supplemental filing (Doc. No. 38) from the docket; and

1

2. Defendant is granted seven days from the date of service of this order to refile the declaration of attorney J. Miguel Flores and the settlement agreement attached thereto with the appropriate redactions.

IT IS SO ORDERED.

Dated: **March 6, 2019**

                                                     UNITED STATES DISTRICT JUDGE