# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M., by and through his guardian ad litem GRISELDA MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 1:17-cv-1123-DAD- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 46) |

On April 12, 2019, the parties filed a "Stipulation of Dismissal," indicating the parties "agreed to and executed a written settlement agreement" and stipulate to the dismissal of the action with prejudice. (Doc. 46 at 2) "The plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii)Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __April 22, 2019__        __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE